[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 4, 2010
JOHN LEY
CLERK

No. 09-14147
Non-Argument Calendar

_____

D. C. Docket No. 09-60030-CR-WJZ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GEORGE ANDRE KELLY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 4, 2010)

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Eric M. Cohen, appointed counsel for George Andre Kelly, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Kelly's convictions and sentences are **AFFIRMED.**